UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-41054 |
| Michelle Anderson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The time for the Debtor to file a secured claim on behalf of the Kane County Treasurer is extended to November 3, 2017,

2. The new plan payment beginning October 2017 is $1,313 per month until the end of the plan, and

3. The new plan base is $67,500.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 20, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600