IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 15-41054 |
| | ) | |
| Michelle Anderson | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |

## NOTICE OF MOTION

TO:   Michelle Anderson, 712 Brook St. Elgin IL 60120 *via mail*

Kane County Treasurer, 719 S. Batavia Ave. Bldg. A, Geneva, IL 60134 *via mail*

Kane County Clerk's Office, 719 S. Batavia Ave. Bldg. B, Geneva, IL 60134 *via mail*

Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Rd. Suite 650, Lisle IL, 60532 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*
See attached service list

PLEASE TAKE NOTICE that on **November 3, 2017 at 9:30 a.m.**, I shall appear before the Honorable Judge Janet S. Baer at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on October 26, 2017 before the hour of 7:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 15-41054 |
| ) | |
| Michelle Anderson ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge: Janet S. Baer |

MOTION TO MODIFY PLAN POST CONFIRMATION

Now comes, Michelle Anderson (hereinafter referred to as "Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., and moves this Honorable Court for entry of an Order, and in support thereof, respectfully represents as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. On December 3, 2015 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3. This Honorable Court confirmed the Debtor's Chapter 13 plan on April 1, 2016. The confirmed plan provided for monthly payments of $648 for 3 months then $797 for 57 months with unsecured creditors 100% on their claims.

4. At the time of filing, the Debtor owed back property taxes to the Kane County Treasurer.

5. A motion to extend time for debtor to file claim on behalf of creditor, the Kane County Treasurer, was granted by this Honorable Court on 10/20/2017 and an order was entered.

6. The secured proof of claim for the Kane County Treasurer was filed on 10/24/2017 and is claim 13-1.

7. Debtor is looking to modify the plan to add a direction to pay the secured claim of the Kane County Treasurer. Per the secured claim 13.1 filed by the Kane County Treasurer on 10/24/2017 shall be paid per E3.1c of the confirmed plan and be paid at $500 per month with 18% interest.

8. The Debtor seeks to modify the plan to add a direction to pay the secured claim 13-1 of the Kane County Treasurer.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to include the direction to pay the Kane County Treasurer. Per the secured claim 13.1 filed by the Kane County Treasurer on 10/24/2017 shall be paid per E3.1c of the confirmed plan be paid at $500 per month with 18% interest and for such further relief that this Court may deem just and proper.

Dated: October 26, 2017                           Respectfully Submitted,

                                                  By:   /s/ David H. Cutler
                                                        David H. Cutler, esq.,
                                                        Counsel for Debtor(s):
                                                        Cutler & Associates, Ltd.
                                                        4131 Main St.
                                                        Skokie, IL 60076
                                                        Phone: (847) 673-8600