UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-41054
Michelle Anderson )
) Chapter: 13
) Honorable Janet S. Baer
) Kane
Debtor(s) )

### ORDER MODIFYING THE PLAN POST CONFIRMATION

     THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, due notice having been given to all parties in interest, and the Court being advised in the premises;

  IT IS HEREBY ORDERED that secured claim 13.1 filed by the Kane County Treasurer on 10/24/2017 shall be paid per E3.1c of the confirmed plan at $500 per month with 18% interest.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 03, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600