UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 15-41054
Michelle L Anderson  )
  )
  )  Chapter: 13
  )
  )  Honorable Janet S. Baer
  )
  )  Kane
Debtor(s)  )

## ORDER GRANTING MOTION TO AUTHORIZE LOAN REFINANCING

This matter coming before the Court on the Debtor's motion to authorize loan refinancing, due notice having been given, and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Debtor is authorized to refinance the mortgage loan securing her real property located at 712 Brook St., Elgin, IL 60120 according to the following terms:

   - Loan Amount not to exceed: $101,750.00
   - Loan Term: 360 months
   - Loan Rate: 5.125%
   - Loan Payment: $1,300.00

2) The Debtor must pay the amount of the Bankruptcy payoff pursuant to a proper payoff letter out of the proceeds of the refinancing to the Chapter 13 Trustee.

3) The Debtor shall provide the Chapter 13 Trustee with a complete copy of the closing statement within 10 days of the closing to show that the property taxes are being paid and that the proceeds will fully pay off the case.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: JUL - 2 2019

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko